**FILED**

02/28/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0643

IN THE SUPREME COURT OF THE STATE OF MONTANA

NO. DA 23-0643

| | |
|---|---|
| IN RE THE PARENTING OF: A.M.O, minor child<br><br>AVANLEE CHRISTINE OKRAGLY<br>Petitioner and Appellee,<br><br>and,<br><br>SEBASTIAN ALEXANDER KEITEL,<br>Respondent and Appellant | ORDER |

Upon the Unopposed Motion of Petitioner and Appellee through counsel for Extension of time to file:

IT IS HEREBY ORDERED that Petitioner and Appellee is granted an extension until March 28, 2024, in which to file her Answer Brief.

Page - 1

## CERTIFICATE OF SERVICE

This is to certify that on this _____ day of February 2024, a copy of the foregoing Proposed Order was duly served by email and/or first class mail, postage prepaid, upon the following:

Caitlyn Pabst,
Attorney for Respondent/Appellant
E Service VIA Email

_____
RAFFIANI LAW FIRM, P.C.

Page - 2

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
February 28 2024